PHILIP KIRTKOWSKI, Respondent, v. JAMES WHEELER and Others, Doing Business under the Name and Style of RICHMOND BOROUGH NEWS COMPANY, Appellants.— Orders unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.

BARTOLOMEO MOTTOLA, Appellant, v. GIUSEPPE DENTI, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

NATOMA DEVELOPMENT CORPORATION, Respondent, v. EDWARD C. SEVIGNY and Another, Defendants, and JOHN J. REYNOLDS, Unmarried, Appellant.— Order striking out the second and third defenses in the amended answer of defendant Reynolds reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that both of these defenses are valid. Lazansky, P. J., Young and Davis, JJ., concur; Carswell, J., dissents from the reversal of the order in so far as it strikes out the second defense, upon the ground that the facts therein set forth may be established under the denials of paragraphs 9th and 10th of the complaint and thᵥᵣᵢ, therefore, an affirmative pleading thereof was improper; Scudder, J., not voting.

PARAGON OIL Co., INC., Appellant, v. JOSEPH BERENSON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR LOOP, Appellant, Impleaded with Another, Defendant.— Judgment of conviction of the County Court of Richmond county unanimously affirmed. No opinion. Lazansky, P. J., Young, Scudder and Davis, JJ., concur; Kapper, J., concurs under section 542 of the Code of Criminal Procedure.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE WOZNICK, Appellant.— Judgment of conviction and order of the County Court of Suffolk county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JOHN A. RENNIE, Appellant, v. C. E. SHEPPARD COMPANY, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

GILBERT RUDOLPH, Respondent, v. WESTCHESTER STREET TRANSPORTATION COMPANY, INC., and SIMMONS COMPANY, Appellants.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.